JEFFREY G. KNOWLES (State Bar No. 129754)
ANDREW SCHALKWYK (State Bar No. 287170)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-jgk@cpdb.com,
         ef-aps@cpdb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY SCHEIN, INC., | Case No. |
| Plaintiff, | **DECLARATION OF TRACY BROWN IN SUPPORT OF PLAINTIFF HENRY SCHEIN, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER; MOTION FOR EXPEDITED DISCOVERY; AND PRELIMINARY INJUNCTION** |
| v. | |
| JENNIFER COOK, | |
| Defendant. | |
| | Trial Date:   None Set |

I, Tracy Brown, declare as follows:

1. I am employed as a telesales representative of Plaintiff Henry Schein, Inc. ("HSI"). I submit this affidavit in support of the motion of plaintiff HSI for immediate relief. This affidavit is based on my own personal knowledge, information provided to me by others as described below, and, where indicated, documents and information from the files of HSI.

2. I have been employed by HSI as a telesales associate for several years. In that capacity, I am responsible for handling the day-to-day needs of HSI customers via telephone, including but not limited to answering customers' technical questions, taking and entering customer orders and contacting customers for follow up and sales support.

3. I was the telesales associate assigned to the HSI customer accounts of defendant Jennifer Cook ("Cook") for approximately two years prior to Cook's departure from HSI. In that capacity I had regular telephone contact with most of Cook's HSI customers and provided sales support to those customers. I am familiar with these customers.

4. Following Cook's resignation from HSI, which I understand was effective as of May 13, 2016, I have been contacting the customers whom Cook dealt with on behalf of HSI.

5. In the course of my discussions with customers, I learned that Cook informed the offices of at least two of her HSI customers, Dr. Allen Barbieri and Dr. Scott Sullivan, prior to her departure from HSI, that she would be leaving HSI to join Patterson Dental ("Patterson"), a competitor of HSI, and that she solicited those customers on behalf of Patterson, while she was still employed by HSI.

6. I was also informed by Dr. Allen Barbieri's office that Cook, prior to her resignation from HSI, removed HSI materials and HSI contact information from Dr. Barbieri's office, including: (i) all HSI ordering icons on Dr. Barbieri's computer; (2) all HSI part numbers from throughout the office (part numbers are used to place orders with HSI, and, without the part numbers, ordering is cumbersome as someone needs to obtain the part number from a catalog, online, or otherwise); (3) my business card, which included my contact information; and (4) all HSI catalogs.

7.      Further, I was informed by the staff at Dr. Scott Sullivan's office, that Cook, prior to her resignation from HSI: informed the staff at Dr. Sullivan's office that they would subsequently be placing their orders through Patterson; disposed of all HSI materials and contact information in Dr. Sullivan's office, including catalogs, part number tags, HSI icons on the office computers, and my contact information.  She then supplied the office with Patterson part number tags for their supplies and equipment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 8, 2016, at Henry Schein, Reno, NV

_____
Tracy Brown

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 • Fax 415.989.1663