1  JEFFREY G. KNOWLES (State Bar No. 129754)
   ANDREW SCHALKWYK (State Bar No. 287170)
2  COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
3  San Francisco, California 94104-5500
   Telephone: 415.391.4800
4  Facsimile: 415.989.1663
   Email:   ef-jgk@cpdb.com,
5           ef-aps@cpdb.com

6  Attorneys for Plaintiff

7

8                       UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | HENRY SCHEIN, INC.,              | Case No.
12 |        Plaintiff,                | **DECLARATION OF JEFFREY G. KNOWLES IN SUPPORT OF PLAINTIFF HENRY SCHEIN, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER; MOTION FOR EXPEDITED DISCOVERY; AND PRELIMINARY INJUNCTION**
13 |        v.                        |
14 | JENNIFER COOK,                   |
15 |        Defendant.                |
16                                    | Trial Date:    None Set

10653.002 3465008v1                    1

## DECLARATION OF JEFFREY G. KNOWLES

I, Jeffrey G. Knowles, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Coblentz Patch Duffy & Bass LLP, attorneys of record for Plaintiff Henry Schein, Inc.. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On June 9, 2016 I sent by email copies of the Complaint, the Notice Of Application And Application For Temporary Restraining Order And Notice Of Motion And Motion For Preliminary Injunction And Expedited Discovery Pursuant To FRCP 26(D) (except not including the final paragraph regarding Notice of Application), the Memorandum of Points and Authorities, Proposed Order, and Declarations of Tracy Brown and Glen Showgren, by email to jenncook9@gmail.com, which I am informed, and therefore believe, to be an email account owned and used by Defendant.

3. On June 9, 2016, I caused copies of these same papers to be hand delivered by registered process server to Defendant Cook's last known home address in Novato, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 9, 2016, at San Francisco, California.

_____
Jeffrey G. Knowles