UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SCHEIN, INC.,<br>　　　　Plaintiff,<br>　　v.<br>JENNIFER COOK,<br>　　　　Defendant. | Case No. 16-cv-03166-JST<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 26 |

On July 19, 2016, counsel for Plaintiff Henry Schein, Inc. filed a discovery letter brief pursuant to the undersigned's Standing Order for All Civil Cases, http://cand.uscourts.gov/filelibrary/1156/Civil-Standing-Order-JST-07.08.15.pdf. The letter describes a dispute Schein is having regarding enforcement of a subpoena directed to third party Patterson Dental Supply, Inc.

Although the letter states Patterson's position regarding the dispute, such that Patterson has submitted itself to the Court's jurisdiction to decide the dispute, counsel for Patterson has not yet entered an appearance in the action. It is clear from Exhibit B to the letter that Patterson is represented by counsel.

Patterson is ordered to enter an appearance by July 21, 2016 at 5:00 p.m., after which the Court will issue a further order regarding the discovery dispute letter. The undersigned may decide the dispute, but may also refer it to a magistrate. For scheduling purposes, the parties should be aware that the Court may also conduct an in-person hearing regarding the dispute on Monday, July 25, 2016 at 9:00 a.m. It is extremely unlikely that the Court will require a noticed motion, as Patterson requests.

/ / /

1  Plaintiff is ordered to serve a copy of this order on Patterson forthwith.

2  IT IS SO ORDERED.

3  Dated: July 20, 2016

_____
JON S. TIGAR
United States District Judge