UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SCHEIN, INC., <br>     Plaintiff, <br> v. <br> JENNIFER COOK, <br>     Defendant. | Case No. 16-cv-03166-JST <br><br> **ORDER GRANTING REQUEST TO EXTEND DEADLINE FOR FILING OF DISCOVERY PLAN** <br><br> Re: ECF No. 33 |

    Plaintiff Henry Schein, Inc.'s and Patterson's joint request, submitted by letter, to extend the deadline to submit joint or competing discovery plans is granted. ECF No. 33. The deadline is extended to August 17, 2016 at 5:00 p.m.

    IT IS SO ORDERED.

Dated: August 8, 2016

_____
JON S. TIGAR
United States District Judge